UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE VILLALPANDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZALE CORPORATION, a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:22-CV-00432<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(Doc. 7)<br><br>Judge: Anthony W. Ishii |

Plaintiff Jane Villalpando ("Plaintiff") and Defendant Zale Delaware, Inc., erroneously sued as Zale Corporation ("Defendant"), submitted a Stipulation to Extend Time to Respond to Complaint. (Doc. 7.) For good cause appearing, the Court hereby grants the Stipulation, and Defendant's responsive pleading deadline is EXTENDED from July 14, 2022, to August 15, 2022.

IT IS SO ORDERED.

Dated:  **July 12, 2022**              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE