UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE VILLALPANDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZALE CORPORATION, a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:22-CV-00432-AWI-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(Doc. 11)<br><br>Judge: Anthony W. Ishii |

The Court is in receipt of the parties' second Stipulation to Extend Time to Respond to Complaint (the "Stipulation"). (Doc. 11.) Pursuant to the Court's order granting the parties' first Stipulation to Extend Time to Respond to Complaint, Defendants' response to the Complaint was due on August 15, 2022 (*see* Doc. 8), the same day on which the parties filed the present Stipulation.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4). However, given the fact

that Plaintiff consents to the request (*see* Doc. 11), the Court GRANTS Defendants' requested extension.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendants to file a responsive pleading is extended from August 15, 2022, to September 14, 2022.

IT IS SO ORDERED.

Dated:  **August 17, 2022**                       /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE