UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE VILLALPANDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZALE CORPORATION, a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00432-AWI-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(Doc. 16) |

On November 3, 2022, the parties submitted a Stipulation to Extend Time (Doc. 16) requesting a fourth extension of time for Defendants to file their response to Plaintiff's complaint. Pursuant to the Court's order granting the parties' third Stipulation to Extend Time to Respond to Complaint, Defendants' response to the Complaint was due on October 14, 2022 (*see* Doc. 14), twenty (20) days before the parties filed the present Stipulation.

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, although the present Stipulation demonstrates good cause to support the request for extension of time (*see* Fed. R. Civ. P. 16(b)(4)), no such excusable neglect has been articulated—much less shown—to justify the untimeliness of the request. Notwithstanding this deficiency, given the absence of bad faith or prejudice to Plaintiff (as evidenced by her agreement to the extension of time after the deadline), and in view of the liberal construction of Fed. R. Civ. P. 6(b)(1) to effectuate the general purpose of seeing that cases are tried

on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. **The parties are cautioned that future post hoc requests for extensions of time will be viewed with disfavor**.

Accordingly, Defendants' responsive pleading deadline shall be EXTENDED, *nunc pro tunc*, from October 14, 2022, to February 27, 2023.

IT IS SO ORDERED.

Dated:   **November 4, 2022**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE