UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE VILLALPANDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZALE CORPORATION, a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00432-AWI-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**(Doc. 19)** |

Plaintiff Jane Villalpando ("Plaintiff") and Defendant Zale Delaware, Inc., erroneously sued as Zale Corporation ("Defendant"), submitted a Stipulation to Extend Time to Respond to Complaint. (*See* Doc. 19.) The Court, having considered the Parties' Stipulation, and good cause appearing, hereby grants the Stipulation. Defendants' responsive pleading deadline shall be extended from February 27, 2023, to June 1, 2023.

IT IS SO ORDERED.

Dated:  **February 10, 2023**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE